## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge R. Brooke Jackson

Date:              November 28, 2011
Deputy Clerk:      Laura Galera
Court Reporter:    Kara Spitler

**Civil Action No.  11–cv–00637–RBJ-MJW**

| *Parties:* | *Counsel:* |
|---|---|
| MICHAEL ABRAHAM, | David Zisser |
|  | Michelle Meyer |
| Plaintiff, |  |
| v. |  |
| NORBERT SIMPSON, and | Thomas Wolf |
| DARLENE SIMPSON, | Ben Larson |
| Defendants. |  |

## COURTROOM MINUTES

**Hearing on Motion for Temporary Restraining Order, #23**

**9:00 a.m.      Court in session.**

Appearances of counsel.

Opening statements by the court.

9:01 a.m.      Argument by Mr. Zisser.

Court questions Mr. Wolf regarding contact with opposing counsel.

9:37 a.m.      Argument by Mr. Wolf.

9:56 a.m.      Defendant's witness, Norbert Simpson, called and sworn.

Direct examination of Mr. Simpson by Mr. Wolf.

Mr. Wolf moves for the admission of Exhibit A.

*Exhibit A is admitted.*

Mr. Wolf moves for the admission of Exhibit B.

*Exhibit B is admitted.*

*Mr. Wolf withdraws Exhibit B.*

Mr. Wolf moves for the admission of Exhibit C.

*Exhibit C is admitted.*

Mr. Wolf moves for the admission of Exhibit D.

Mr. Zisser objects to the admission of Exhibit D.

*Exhibit D is admitted.*

Mr. Wolf moves for the admission of Exhibit E.

Mr. Zisser objects to the admission of Exhibit E.

*Exhibit E is not admitted.*

10:34 a.m.     Cross examination of Mr. Simpson by Mr. Zisser.

Mr. Zisser moves for the admission of Exhibit 1.

*Exhibit 1 is admitted.*

10:54 a.m.     Court questions the witness.

Witness excused.

Mr. Zisser moves for the admission of Exhibit 2.

Mr. Wolf objects to the admission of Exhibit 2.

Argument regarding the admission of Exhibit 2.

**ORDERED**:   Court takes Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction Doc. #[23] UNDER ADVISEMENT and will issue a written ruling.

**11:15 a.m.     Court in recess.**

Total time in court: 02:15

Hearing concluded.